# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LAURA LT WINDSOR,** ) | CASE NO. 5:18-CV-1534 |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE DAN AARON POLSTER** |
| v. ) | |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | **ORDER** |
| **SECURITY,** ) | |
| ) | |
| **Defendant.** | |

Plaintiff Laura LT Windsor filed the instant action against Nancy A. Berryhill, Acting Commissioner of Social Security ("Commissioner"), challenging the Commissioner's denial of her application for disability benefits under the Social Security Act, 42 U.S.C. §§ 416(i) & 423. Doc #: 1. She also filed a motion to proceed *in forma pauperis* ("IFP"). Doc #: 2. Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") on July 10, 2018, recommending that Plaintiff's IFP motion be denied. Doc #: 4. The Court has thoroughly reviewed Magistrate Judge Greenberg's well-reasoned R&R and agrees that Plaintiff is not eligible to proceed IFP in this Court. Accordingly, the Court **ADOPTS** the R&R, Doc #: 4, in full. Plaintiff's IFP motion is **DENIED**.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster July 11, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT COURT**