# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAURA LT WINDSOR, | ) | CASE NO. 5:18CV01534 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| ANDREW SAUL, | ) | |
| | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED.**

                                            *s/Jonathan D. Greenberg*
                                            Jonathan D. Greenberg
                                            United States Magistrate Judge

Date: August 27, 2019